UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| DELTA-T CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:09CV321–HEH |
| HARRIS THERMAL TRANSFER PRODUCTS, INC. | ) ) ) ) |
| Defendant. | ) ) |

## ORDER
### (Granting Motion to Dismiss for Lack of Personal Jurisdiction and Denying Motion to Dismiss for Lack of Proper Venue and Motion to Transfer Venue)

THIS MATTER is before the Court on Defendant Harris Thermal Transfer Products, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and Lack of Proper Venue, or in the alternative, Motion to Transfer Venue.

For the reasons detailed in the accompanying Memorandum Opinion, the Motion to Dismiss for Lack of Personal Jurisdiction is GRANTED. Defendant's Motion to Dismiss for Lack of Proper Venue and Motion to Transfer Venue are DENIED as moot.

The Clerk is directed to send a copy of this Order to all counsel of record.

/s/
Henry E. Hudson
United States District Judge

Date: Sept 4, 2009
Richmond, VA